S apply polyurethane to get rid of dead air and debris. Then we will be able to power the equipment and we will be able to control the equipment. And that's essentially what we're not doing, we're not taking it off. Something we really need to do onynthologically. And that's what we're going to be doing, we're going to have to keep it like that, you know what they tell me, I don't know about you, but it's different, it's important, it's a very good idea, it's a very efficient idea, it's going to be very good, it's going to be very good, it's going to be exciting, it's going to be interactive, it's going to be very exciting, it's going to be very exciting, right? And that's what we're it's exciting, it's going to it's exciting, it's exciting, it's exciting, right? And then we're going to have to keep it like that, you know what they tell me, I don't know about you, but it's different, it's exciting, it's exciting, right? You know what they tell me, I don't know about you, but it's exciting, it's exciting, right?